Donavon Crawford # 28354-057
OKC Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189



*LEGAL MAIL*

Clerk, U.S. District Court
Middle District Of North Carolina
324 West Market St
Greensboro, NC 27401

INSPECTED

RECEIVED
In This Office
FEB 15 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, NC

123eCB

