IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:12-cr-39-1 |
| | ) | |
| DONAVON DEWAYNE CRAWFORD | ) | |

### ORDER

This matter comes before the court upon the Government's Motion for Extension of Time to Respond to Compassionate Release Motion. (Doc. 78.) The Government moves the court for an extension of time for an additional nine (9) days, from July 26, 2023, until August 4, 2023, to complete its review of the documents and prepare its response to Defendant's motion for compassionate release. Having considered the motion, and for good cause shown,

**IT IS THEREFORE ORDERED** that the Government's Motion for Extension of Time to Respond to Compassionate Release Motion, (Doc. 78), is **GRANTED** and the Government may have to and including August 4, 2023, in which to file its response to Defendant's Motion for Compassionate Release, (Doc. 71).

This the 31st day of July, 2023.

_____
United States District Judge